FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEWERT, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOIRON, INC. and BOIRON, USA, INC.,<br><br>Defendants. | Case No. CV 11-10803-AB (JPRx)<br><br>**SPECIAL VERDICT FORM** |

We, the jury, answer the Questions submitted to us as follows:

1. Did Defendants represent that Oscillococcinum ("Oscillo") relieves flu-like symptoms?

    Yes __✗__    No _____

*If you answered "yes" to this Question, proceed to the next Question.*

*If you answered "no" to this Question, stop, answer no further questions, and have the presiding juror sign and date this form.*

2. Were Defendants' representations that Oscillo relieves flu-like symptoms false?

    Yes _____    No __✗__

*If you answered "yes" to this Question, proceed to the next Question.*

*If you answered "no" to this Question, stop, answer no further questions, and have the presiding juror sign and date this form.*

3. Did Plaintiff Christopher Lewert purchase Oscillo in reliance on Defendants' representations that Oscillo relieves flu-like symptoms?

    Yes _____    No _____

*If you answered "yes" to this Question, proceed to the next Question.*

*If you answered "no" to this Question, stop, answer no further questions, and have the presiding juror sign and date this form.*

4. Was Mr. Lewert harmed as a result of Defendants' representations that Oscillo relieves flu-like symptoms?

    Yes _____    No _____

*If you answered "yes" to this Question, proceed to the next Question.*

*If you answered "no" to this Question, stop, answer no further questions, and have the presiding juror sign and date this form.*

5. Did class members purchase Oscillo in reliance on Defendants' representations that Oscillo relieves flu-like symptoms?

    Yes _____        No _____

*If you answered "yes" to this Question, proceed to the next Question.*

*If you answered "no" to this Question, stop, answer no further questions, and have the presiding juror sign and date this form.*

6. Were the class members harmed as a result of Defendants' representations that Oscillo relieves flu-like symptoms?

    Yes _____        No _____

Please date, sign, and return this Special Verdict Form to the Bailiff.

I hereby certify that this verdict is unanimous.

Dated: June 16, 2016

Signed: REDACTED
Presiding Juror (Foreperson)