JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Lewert, et al., <br><br>     Plaintiffs, <br><br> v. <br><br> Boiron, Inc., et al., <br><br>     Defendants. | Case No. CV 11-10803-AB (JPRx) <br><br> **JUDGMENT** |

    This matter having come before the Court for a jury trial beginning on June 7, 2016, and the jury's verdict having been rendered on the jury trial (Dkt. No. 448), and this Court having filed its Findings of Fact and Conclusions of Law as to the bench trial (Dkt. No. 480),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Boiron, Inc., and Boiron, USA, Inc., and against Plaintiff Christopher Lewert as to all claims.

Dated: January 3, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1